# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Karla Kenoyer, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Alcade Craig and Kathryn Zeltinger, | ) Case No. 1:17-cv-122 |
| Defendants. | ) |

On May 31, 2018, the parties filed a "Stipulation for Dismissal with Prejudice." The court **ADOPTS** the stipulation (Doc. No. 32) and **DISMISSES** plaintiff's claims against Defendant Alcade Craig with prejudice.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court