# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Karla Kenoyer, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Alcade Craig and Kathryn Zeltinger, | ) | Case No. 1:17-cv-122 |
| Defendants. | ) | |

The court shall hold a statute conference with the remaining parties on March 8, 2019, at 3:00 p.m. by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 6th day of March, 2019.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court