# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Karla Kenoyer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Kathryn Zeltinger, ) | Case No. 1:17-cv-122 |
| ) | |
| Defendant. ) | |

The court held a status conference with the parties by telephone on March 8, 2019. Pursuant to the parties' discussions, the final pretrial conference set for May 7, 2019, and the jury trial set for May 21, 2019, are cancelled. They shall be rescheduled at a later date and time. The court shall hold another status conference with the parties by telephone on June 17, 2019, at 2:00 p.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court