# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Karla Kenoyer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alcade Craig and Kathryn Zeltinger, | ) | Case No. 1:17-cv-122 |
| | ) | |
| Defendants. | ) | |

On July 1, 2019, plaintiff and defendant Kathryn Zeltinger filed a "Stipulation for Dismissal with Prejudice." The court **ADOPTS** the parties' stipulation (Doc. No. 38). Plaintiff's claims against defendant Kathryn Zelinger shall be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2019.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court